AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Sean Glen Thompson-Jacobson,

Plaintiff,

v.

Mike Haddon et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-cv-00093-HCN

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41-2 for failure to comply with the court's orders and for failure to prosecute.

December 9, 2021

*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge